NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT



CHRISTOPHER SCHROEDER,  )
DOC# H11991,  )
       )
    Appellant,  )
       )
v.  )
       )  Case No.  2D17-1303
STATE OF FLORIDA,  )
       )
    Appellee.  )
_____)

Opinion filed March 9, 2018.

Appeal from the Circuit Court for Highlands
County; Michael E. Raiden, Judge.

Rachael E. Bushey of O'Brien Hatfield, P.A.,
Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


    Affirmed.



SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.